Hand-Delivered

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **KIYA CUNNINGHAM,**<br><br>*Plaintiff,*<br><br>vs.<br><br><br>**WELLS FARGO N.A, WELLS FARGO & COMPANY, NADINE MOONEY, JENNIFER S. JOHNSON, TRACY A. TOLAND, DAVID MCDOWELL, CHARLES "CHUCK" STOKES AND JOHN DOE.**<br><br>*Defendants.* | **Case No.** 3:19CV 528-FDW<br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br>FILED<br>CHARLOTTE, NC<br><br>OCT 11 2019<br><br>US DISTRICT COURT<br>WESTERN DISTRICT OF NC |

### COMPLAINT FOR DAMAGES AND AN EQUITABLE RELIEF FOR REPEATED VIOLATION OF CIVIL RIGHTS, DEFAMATION OF CHARACTER, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

Plaintiff Kiya Cunningham complains against Defendants Nadine Mooney, Jennifer S. Johnson, Tracy A. Toland, David McDowell and Charles "Chuck" Stokes assigned as all played active roles in the discrimination and deprivation of my civil rights in violation. Ms. Mooney, Ms. Johnson, Ms. Toland, Mr. McDowell and Mr. Stokes (collectively "Individual Defendants") are individually liable for their part in the discrimination I suffered.

## PARTIES & BACKGROUND

1. I, Kiya Cunningham, am a black female and have been employed with the company for more than thirteen years. I am currently employed at 401 South Tryon Street Charlotte, NC. I'm a bank officer and have received several promotional opportunities over the years for my work performance and currently assigned as a senior level risk consultant. I have not had any conduct issues, or any disciplinary actions taken against me during my years of employment with the company.

2. Defendant Wells Fargo N.A, Wells Fargo & Company is a multinational financial service company headquartered in San Francisco, California with central offices throughout the United States that currently execute and manage business in the state of North Carolina.

3. DEFENDANT NADINE MOONEY is my direct manager. Mooney is a white female and resides in North Carolina.

4. DEFENDANT JENNIFER S. JOHNSON (formally JENNIFER PEACH) is Nadine Mooney's direct manager, leader of Data Management Risk Group (DMRG) and a white female. Johnson works and resides in North Carolina.

5. DEFENDANT TRACY A. TOLAND is Jennifer S. Johnson direct manager, leader of Enterprise Data Governance Department and a white female. Toland works and reside in California.

6. DEFENDANT DAVID MCDOWELL is a team lead in the Data Management Risk Group (DMRG) and a white male. McDowell works and reside in North Carolina.

7. DEFENDANT CHARLES "CHUCK" STOKES is a team lead in the Data Management Risk Group (DMRG) and a white male. Stokes works and reside in North Carolina.

## JURISDICTION AND VENUE

8. This Court has original jurisdiction as the matter in controversy are federal claims for discrimination and retaliation under the Civil Right Act of 1870 (42 U.S.C. §1981). Venue is proper in this District as the unlawful employment practices complained of occurred in this District, and the events or omissions giving rise to the claim occurred in this District.

9. I am alleging Wells Fargo N.A., Wells Fargo & Company and the individual above-named defendants violated my civil rights, discriminated against me based on my race, gender, disability, and exercising my FMLA rights. I am being subjected to a hostile work environment, discriminatory compensation, denial of promotion, retaliation, tortious interference of employment by defendants, harassment, defamation of character, and intentional infliction of emotional distress. "There was a business justification" was the only stated response I received from HR Officials regarding the complaints I allege.

## CAUSE OF ACTION

10. *COUNT I:  DISPARATE TREATMENT IN VIOLATION OF 42 U.S.C § 1981*

    *COUNT II:  FMLA VIOLATION AND RETALIATION*

    *COUNT III: UNLAWFUL RETALIATION IN VIOLATION OF 42 U.S.C 1981*

    *COUNT IV: HOSTILE WORK ENVIRONMENT*

    *COUNT V: DISABILITY DISCRIMINATION IN VIOLATION OF THE ADA*

    *COUNT VI: GENDER DISCRIMINATION*

    *COUNT VII: VIOLATION OF THE EQUAL PAY ACT*

    *COUNT VIII: TORTIOUS INTERFERENCE WITH EMPLOYMENT BY THE INDIVIDUAL DEFENDANTS; AND*

    *COUNT IX: CLAIMS FOR PUNITIVE DAMAGES*

    *COUNT X: DEFAMATION OF CHARACTER*

    *COUNT XI: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS*

EEOC Form 161 (11-16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Kiya Cunningham
11231 Skytop dr
Huntersville, NC 28078

From: Charlotte District Office
129 W. Trade Street
Suite 400
Charlotte, NC 28202

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 430-2019-02193 | Patrick Scoggins, Investigator Support Asst | (704) 954-6457 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Thomas M. Colclough,
Acting Director

JUL 17 2019

*(Date Mailed)*

Enclosures(s)

cc: Tammy Bailey
Administrative Assistant , Law Department
WELLS FARGO
301 South College St, 30th Floor, MAC D1053-300
Charlotte, NC 28202

## EEOC COMPLAINT

11. July 5, 2019 I filed charges with the Equal Employment Opportunity Commission regarding the defendants discriminatory conduct.

12. July 19, 2019 The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue."

## JURY DEMAND

13. I demand a trial by jury on all issues triable of right by jury

## PRAYER FOR RELIEF

14. I pray that this Court:

    A.  Award all damages under applicable law;

    B.  Award any and all attorneys' fees, costs, and expenses available under law;

    C.  Award all pre-judgement interest and post-judgement interest available under law; and

    D.  Award such additional and further relief as this court may deem just and proper

October 11, 2019

Respectfully Submitted

Kiya Cunningham