UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-528-FDW

| | |
|---|---|
| KIYA CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO N.A., and WELLS FARGO & )<br>COMPANY, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's pro se Motion to Extend Deadlines (Doc. No. 32) and Motion to Quash and for Protective Order (Doc. No. 33). The Court notes Defendants have not yet responded to these motions; however, given the impending deadlines in this case, the Court—in its discretion—finds it has sufficient information before the Court to rule without awaiting a responsive pleading from Defendants.

Pursuant to Federal Rules of Civil Procedure 30 and 32(a)(5), the Court GRANTS Plaintiff's Motion to Quash the Notice of Deposition scheduled for September 21, 2021. In light of this ruling, which impacts Defendant's ability to depose Plaintiff prior to the current discovery deadline of September 22, 2021, and because the Court recently allowed Plaintiff's former counsel to withdraw, the Court will GRANT WITH MODIFIFCATION Plaintiff's Motion to Extend Deadlines. The Court finds thirty days to be reasonable and sufficient to allow Plaintiff to find alternative counsel or decide to proceed pro se and therefore declines to grant the ninety-day extension as requested by Plaintiff. This extension shall only apply to any non-expired deadlines, and the following deadlines shall now control:

| | |
|---|---|
| Expert Reports: | |
|     Defendant | September 24, 2021 |
|     Rebuttal | October 8, 2021 |
| Discovery Completion: | October 22, 2021 |
| ADR: | November 5, 2021 |
| Dispositive Motions (filed): | November 19, 2021 |
| Dispositive Motions (hearing): | February 1-4, 2022 |
| Pretrial Submissions: | 7 calendar days before FPC |
| Final Pretrial Conference (FPC): | To be determined |
| Trial Setting: | Term beginning March 7-25, 2022 |

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Deadlines (Doc. No. 32) is GRANTED WITH MODIFICATION, and her Motion to Quash and for Protective Order (Doc.No. 33). IS GRANTED .

IT IS SO ORDERED.

Signed: September 17, 2021

Frank D. Whitney
United States District Judge