UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00528-FDW

| KIYA CUNNINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WELLS FARGO & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on several motions filed by Plaintiff, who appears pro se, including her Motion for Reconsideration of this Court's Order Granting Sanctions, (Doc. No. 52), Motion "to Restrict Abusive Litigation," (Doc. No. 54), and Motion for "Extension of Time To File a Reply [Brief] . . . to Plaintiff's Motion for Reconsideration," (Doc. No. 58).

IT IS THEREFORE ORDERED that the Court GRANTS the Motion for Extension of Time, (Doc. No. 58), and deems Plaintiff's reply brief, (Doc. No. 59), to be timely filed.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reconsideration, (Doc. No. 52), and Motion to "Restrict Abusive Litigation," (Doc. No. 54), are DENIED. In denying the Motion to Restrict Abusive Litigation, the Court notes that Defendant has already consented to Plaintiff having a videographer record her deposition, (Doc. No. 57, p. 1), and the Court hereby instructs Plaintiff that the videotaping must be conducted by an appropriate person as required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: February 15, 2022

Frank D. Whitney
United States District Judge