UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00528-FDW

| | |
|---|---|
| KIYA CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO N.A., )<br>)<br>Defendant. ) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 71) and Motion to Seal, Redact and/or Remove Confidential and Personal Information (Doc. No. 72). The Court DENIES Plaintiff's Motion for Reconsideration as her pleading fails to set forth any sufficient basis for this Court to reconsider or amend its prior order. The Court GRANTS that portion of Plaintiff's Motion to Seal requesting that Defendant's memorandum in support of its Second Motion for Contempt, Sanctions, and Dismissal, (Doc. No. 62), be placed under seal. As to the remaining portions of that motion seeking to redact or remove the exhibits to Defendant's Motion, it is DENIED.

IT IS THEFORE ORDERED that Plaintiff's Motion for Reconsideration (Doc. No. 71) is DENIED, and her Motion to Seal, Redact and/or Remove Confidential and Personal Information (Doc. No. 72) is GRANED IN PART AND DENIED IN PART. Document Number 62 is sealed until further Order of this Court.

IT IS SO ORDERED.

Signed: May 4, 2022

_____
Frank D. Whitney
United States District Judge