UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00528-FDW

| | |
|---|---|
| KIYA CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO N.A, )<br>)<br>Defendant. )<br>)<br>) | ORDER |

THIS MATTER is before the Court on Plaintiff's "Motion to Terminate or Limit Defendant's Deposition," (Doc. No. 78), and Plaintiff's Motion for Extension of Time to respond to Defendant's Renewed Motion for Summary Judgment, (Doc. No. 83).

The Court GRANTS Plaintiff's Motion for an Extension of Time. Plaintiff must file her response in opposition no later than July 26, 2022. **The Court does not anticipate allowing Plaintiff any additional extensions of time, and Plaintiff should plan accordingly, including making alternative arrangements for preparing her response should her computer continue to present technical difficulties**. In light of this extension, Defendant shall have an extension of time to file its reply brief, which shall be due on August 2, 2022.

The Court DENIES Plaintiff's Motion to Terminate the Deposition. After reviewing the pleadings and exhibits thereto, (Doc. Nos. 78, 81, 82), Plaintiff fails to carry her burden to show the deposition was "conducted in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party." Fed. R. Civ. P. 30(d)(3); see generally Dudley v. City of Kinston, No. 4:18-cv-72-D, 2020 WL 7049554 (E.D.N.C. Dec. 1, 2020).

1

IT IS THEREFORE ORDERED that Plaintiff's "Motion to Terminate or Limit Defendant's Deposition," (Doc. No. 78), is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time to respond to Defendant's Renewed Motion for Summary Judgment, (Doc. No. 83), is GRANTED. Plaintiff shall file her response in opposition to the pending motion for summary judgment no later than July 26, 2022; and Defendant shall file its reply brief no later than August 2, 2022.

IT IS SO ORDERED.

Signed: July 21, 2022

Frank D. Whitney
United States District Judge

2

Case 3:19-cv-00528-FDW   Document 84   Filed 07/21/22   Page 2 of 2